1  Sherman C. Lee  (SBN 145765)
   CNA COVERAGE LITIGATION GROUP
2  555 – 12th Street
   Suite 600
3  Oakland, CA  94607
4  Telephone:   510.645.2300
   Facsimile:   510.645.2323
5  E-Mail:      sherman.lee@cna.com

6  Attorneys for Defendant Continental Casualty Company

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNION PACIFIC RAILROAD COMPANY, a        Case No. 2:17-cv-01860-MCE-AC
    Delaware corporation,
12                                           STIPULATION TO EXTEND TIME TO
                      Plaintiff,             RESPOND TO COMPLAINT; ORDER
13
    vs.
14
15  ACE AMERICAN INSURANCE COMPANY,
    a Pennsylvania corporation, dba CHUBB;
16  CONTINENTAL CASUALTY COMPANY,
    RENZENBERGER, INC.,
17
                      Defendants.
18

19       Plaintiffs UNION PACIFIC RAILROAD COMPANY ("Union Pacific") and defendant

20  CONTINENTAL CASUALTY COMPANY ("Continental Casualty"), by and through their

21  attorneys of record in this case, hereby stipulate and agree that:

22       WHEREAS, Union Pacific filed its Complaint in this action on September 7, 2017;

23       WHEREAS, Continental Casualty's responsive pleading is presently due on October 3,

24  2017;

25       WHEREAS, Continental Casualty requested and Union Pacific agreed to a brief 14 day

26  extension of time to the Complaint;

27       WHEREAS, the extension of time will not alter the date of any event or other deadline;

28       WHEREAS, no extension of time has been previously sought or requested;

- 1 -
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, Local Rule 144(a) of the United State District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Continental Casualty shall file its responsive pleading by October 17, 2017.

**IT IS SO STIPULATED.**

Dated:   September 29, 2017          MURPHY, CAMPBELL, ALLISTON & QUINN


By:   _/s/  Suzanne M. Nicholson_
          Suzanne M. Nicholson
          Attorneys for Plaintiff
          UNION PACIFIC RAILROAD COMPANY


Dated:   September 29, 2017          CNA COVERAGE LITIGATION GROUP


By:   _/s/  Sherman C. Lee_
          Sherman C. Lee
          Attorney for Defendant
          Continental Casualty Company


## <u>SIGNATURE CERTIFICATION</u>

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  September 29, 2017          By:   _/s/  Sherman C. Lee_
                                              Sherman C. Lee

\ \ \

\ \ \

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

## **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Continental Casualty Co.'s deadline to file a responsive pleading to plaintiff's Complaint is extended to October 17, 2017.

IT IS SO ORDERED.

Dated: October 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT