GEORGE E. MURPHY (SB# 91806)
STEPHANIE L. QUINN (SB# 216655)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
Gmurphy@murphycampbell.com
Squinn@murphycampbell.com

Attorneys for UNION PACIFIC RAILROAD COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, dba CHUBB; CONTINENTAL CASUALTY COMPANY, RENZENBERGER, INC.,<br><br>Defendants. | Case No. 2:17-cv-01860-MCE-AC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

IT IS HEREBY STIPULATED, by and between Plaintiff UNION PACIFIC RAILROAD COMPANY, and Defendants ACE AMERICAN INSURANCE COMPANY dba CHUBB, CONTINENTAL CASUALTY COMPANY, and RENZENBERGER, INC. by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice. Each party is to bear its own fees and costs.

Respectfully submitted,

DATED: July 12, 2018          MURPHY, CAMPBELL, ALLISTON & QUINN


By:      */s/ Stephanie L. Quinn*
Stephanie L. Quinn
George E. Murphy
Attorneys for Plaintiff UNION PACIFIC RAILROAD COMPANY

| | | |
|---|---|---|
| DATED: July 12, 2018 | | CNA COVERAGE LITIGATION GROUP |

By:     */s/ Sherman C. Lee*
Sherman C. Lee
Attorneys for Defendant CONTINENTAL CASUALTY COMPANY

DATED: July 12, 2018     LONDON FISCHER LLP

By:     */s/ Richard C. Endres*
Richard C. Endres
Attorneys for Defendant ACE AMERICAN INSURANCE COMPANY

DATED: July 12, 2018     MORROW WILLNAUER CHURCH, LLC

By:     */s/ Daniel F. Church*
Daniel F. Church
Attorneys for Defendant RENZENBERGER, INC.

DATED: July 12, 2018     ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLO

By:     */s/ Peter O. Glaessner*
Peter O. Glaessner
Attorneys for Defendant RENZENBERGER, INC.

## ORDER

The Complaint and any and all claims for relief in the above-referenced matter, U.S. District Court, Eastern District if California, case no. 2:17-cv-01860-MCE-AC, are hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE